CHARLES R. KELLER (State Bar No. 37542)
MARK A. CAMERON (State Bar No. 111370)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA 93942
Telephone: (831) 373-1241
Facsimile: (831) 373-7219

Attorneys for Plaintiff
MICHEL BULLARD

CYNTHIA L. MELLEMA (State Bar No. 122798)
PETER R. SOARES (State Bar No. 206715)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/15/07*

| | |
|---|---|
| MICHEL BULLARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY<br>and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. C 06-05550 RMW PVT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br>*AND ORDER* |

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this action is DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

FENTON & KELLER

Dated: May 29, 2007        By: /s/ Mark A. Cameron
                               Mark A. Cameron

Attorneys for Plaintiff
MICHEL BULLARD

SONNENSCHEIN NATH & ROSENTHAL LLP

Dated: May ___, 2007       By: _____
                               Peter Soares

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: 8/15/07             /s/ Ronald M. Whyte
                           The Honorable Ronald M. Whyte

27254921

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this action is DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

FENTON & KELLER

Dated: May __, 2007

By: _____
Mark A. Cameron

Attorneys for Plaintiff
MICHEL BULLARD

SONNENSCHEIN NATH & ROSENTHAL LLP

Dated: May 9, 2007

By: _____
Peter Soares

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Ronald M. Whyte

27254921

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I, Katherine Carr James, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On June 4, 2007, I served a copy of the following document entitled:

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the interested party in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

Charles R. Keller
FENTON & KELLER
2801 Monterey-Salinas Highway
Monterey, CA, 93942

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

☐ HAND DELIVERY: I caused such document to be served by hand delivery on the above-referenced party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 4, 2007, at San Francisco, California.

*Katherine Carr James*
Katherine Carr James